Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 7 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

KEVIN WILLIAM WISSMAN,

          Defendant.

INDICTMENT

Vio:   18 U.S.C. § 1163
Theft from Indian Tribal Organization

The Grand Jury charges:

On or about October 30, 2020, in the Eastern District of Washington, the Defendant, KEVIN WILLIAM WISSMAN, did knowingly and willfully steal and convert to his use an asset or other property, to wit: five (5) moccasins and one (1) beaded glove, which then belonged to and were intrusted to the custody and care of an officer, employee, or agent of the Northern Quest Resort and Casino, an Indian

INDICTMENT – 1

tribal organization of the Kalispel Tribe of Indians, in violation of 18 U.S.C. § 1163.

DATED this 17th day of October, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael L. Vander Giessen*
Michael L. Vander Giessen
Assistant United States Attorney

INDICTMENT – 2